UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| In re | CHAPTER 11 |
| SIGG SWITZERLAND (USA), INC. | CASE NO. 11-51024 (AHWS) |
| Debtor. | |
| | MAY 20, 2011 |

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-1(c)

Pursuant to Local Bankruptcy Rule 1007-1(c), SIGG Switzerland (USA), Inc., debtor and debtor-in-possession, (the "Debtor" or "SIGG USA"), hereby files this description of its assets.

The Debtor is a Connecticut corporation with its principal place of business located in Stamford, Connecticut. The Debtor employed nine people.

The Debtor is the exclusive distributor of SIGG aluminum water bottles in the United States. It has no other lines of business. The Debtor purchases its product from SIGG Switzerland AG ("Parent") and utilizes the services of Capacity, LLC ("Capacity") to fulfill its orders from Capacity's warehouse in New Jersey. As such, its primary assets are inventory located in New Jersey and receivables located in Connecticut.

The Debtor's assets are subject to a lien in favor of Gerber Financial, Inc. ("Gerber"). Gerber is owed approximately $2.1 million.

Dated at Hartford, Connecticut this 20th day of May, 2011.

        DEBTOR - SIGG SWITZERLAND (USA), INC.

By /S/ Robert E. Kaelin
   Robert A. White - ct08277
   rwhite@murthalaw.com
   Robert E. Kaelin - ct11631
   rkaelin@murthalaw.com
   Meredith C. Burns – ct27544
   mcburns@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  860-240-6000
Facsimile:  860-240-6150
Its Attorneys