**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

_____
IN RE:                                              :
                                                    :   CHAPTER 11
SIGG SWITZERLAND (USA), INC.                        :   CASE NO. 11-51024 (AHWS)
                                                    :
    Debtor.                                         :
_____ :


**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance as counsel for **GERBER FINANCE, INC.**, an interested party in the above-captioned case, and hereby requests that all notices given or required to be given in the above-captioned case and all papers served in the above-captioned case be given to and served upon the undersigned at the office address and telephone number set forth below.

                                            By: __/s/ Austin D. Kim_____
                                                Austin D. Kim, Esq. (ct27580)
                                                COHEN AND WOLF, P.C.
                                                1115 Broad Street
                                                Bridgeport, Connecticut  06604
                                                Tele:  (203) 368-0211
                                                Fax:   (203) 394-9901
                                                E-mail:akim@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on the date hereof, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filing and this Certification of Service through the Court's system.

                           /s/ Austin D.Kim
                           Austin D. Kim

## **CERTIFICATION OF SERVICE**

I hereby certify that on the date hereof, a copy of the foregoing was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filing and this Certification of Service through the Court's system.

      /s/ Austin D.Kim      
      Austin D. Kim