# United States Bankruptcy Court
## District of Connecticut

In re    **SIGG Switzerland (USA), Inc.**                ,       Case No.    **11-51024**

                                         Debtor

Chapter           **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,252,909.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,100,247.51 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 51,976.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 10,935,711.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 2,252,909.35 | | |
| Total Liabilities | | | | 13,087,935.29 | |

**Form 6 - Statistical Summary (12/07)**

.

# United States Bankruptcy Court
## District of Connecticut

In re    **SIGG Switzerland (USA), Inc.**                          ,

Case No.    **11-51024**

Debtor

Chapter               **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **SIGG Switzerland (USA), Inc.**                                          ,     Case No. ___**11-51024**___
                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **SIGG Switzerland (USA), Inc.**                                    ,    Case No.    **11-51024**
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. 2000013554350 Wells Fargo, 1211 High Ridge Road, Stamford, CT 06905** | - | 5,746.73 |
| | | | **Account No. 2000030658187 Wells Fargo, 1211 High Ridge Road, Stamford, CT 06905** | - | 39,622.73 |
| | | | **MySIGG Credit Card Deposit Account** | - | 12,246.65 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        57,616.11
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **SIGG Switzerland (USA), Inc.**                                    ,    Case No. _____**11-51024**_____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **1177 High Ridge Road, Stamford, CT 06905** | **-** | **750,231.08** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **750,231.08**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **SIGG Switzerland (USA), Inc.** ,                Case No. **11-51024**
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer Lists and Goodwill** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **12 computers and software Fax machine scanner Location: 1177 High Ridge Road, Stamford CT 06905** | - | **20,810.50** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **1112 Corporate Road, North Brunswick, NJ (See Attached)** | - | **1,424,251.66** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **1,445,062.16** |
| (Total of this page) | |
| Total > | **2,252,909.35** |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# In re SIGG Switzerland (USA), Inc.
# Case No. 11-51024

## Attachment to Schedule B – No. 30 Inventory

| | |
|---|---|
| Gross Inventory: | $2,237,779.46 |
| Less: Defferred Inventory Adjustment | - $813,527.80 |
| Net Inventory: | $1,424,251.66 |

B6D (Official Form 6D) (12/07)

In re **SIGG Switzerland (USA), Inc.** ,  Case No. **11-51024**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Capacity LLC**<br>**1112 Corporate Road**<br>**North Brunswick, NJ 08902** | | - | **Warehouseman's Lien on inventory**<br><br><br>Value $  **0.00** | | | | **118,338.79** | **Unknown** |
| Account No.<br><br>**Gerber Finance, Inc.**<br>**Attention:  Gerald Joseph**<br>**488 Madison Avenue**<br>**New York, NY 10022** | | - | **Receivables, inventory and other assets**<br><br><br>Value $  **0.00** | | | | **1,981,908.72** | **Unknown** |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal<br>(Total of this page) | **2,100,247.51** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **2,100,247.51** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **SIGG Switzerland (USA), Inc.**                                          ,    Case No. ___**11-51024**___
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**6**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **SIGG Switzerland (USA), Inc.** ,  Case No. ___**11-51024**___
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mark Amler** <br> **41 Lake Road** <br> **Ridgefield, CT 06877** | - | | Current employee | | | | <br><br> 1,567.46 | 0.00 | 1,567.46 |
| Account No. <br><br> **Melanie Buchetto** <br> **21 Sachem Street** <br> **Norwalk, CT 06850** | - | | Severance and bonus | | | | <br><br> 9,907.13 | 0.00 | 9,907.13 |
| Account No. <br><br> **Jed Clark** <br> **910 Skillman Lane** <br> **Petaluma, CA 94952** | - | | Sales Commission | | | | <br><br> Unknown | Unknown | 0.00 |
| Account No. <br><br> **Roselyn Duque** <br> **43 Grieco Drive** <br> **Jersey City, NJ 07305** | - | | Current employee | | | | <br><br> 1,266.04 | 0.00 | 1,266.04 |
| Account No. <br><br> **David Hepworth** <br> **7 Ledgewood Ct.** <br> **Norwalk, CT 06850** | - | | Current employee | | | | <br><br> 1,144.84 | 0.00 | 1,144.84 |

Sheet __**1**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 13,885.47 | | 13,885.47 |

B6E (Official Form 6E) (4/10) - Cont.

In re __SIGG Switzerland (USA), Inc._____,    Case No. ___11-51024_____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Larry Jansons<br>11 Golden Hill Avenue<br>Danbury, CT 06811 | - | | Current employee | | | | 601.56 | 0.00<br><br>601.56 |
| Account No.<br><br>Jardine Associates<br>ATTN: Pat McDonough<br>200 Compass Circle<br>North Kingstown, RI 02852 | - | | Sales Commission | | | | Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Donivan Jeffries<br>0404 Fw Dakota<br>Portland, OR 97239 | - | | Bonus | | | | 4,311.00 | 0.00<br><br>4,311.00 |
| Account No.<br><br>KNS Reps, Inc.<br>ATTN: Scott Sutton<br>P.O. Box 771<br>Louisville, CO 80027 | - | | Sales Commission | | | | Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Pat Malagisi<br>65 Simsbury Road<br>Stamford, CT 06905 | - | | Severance and bonus | | | | 11,022.93 | 0.00<br><br>11,022.93 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>15,935.49 | 15,935.49 |
|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re **SIGG Switzerland (USA), Inc.**,                     Case No. ___11-51024___

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | | |
| Account No. | | | | | Current employee | | | | | | |
| Caesar Malvar 20556 South Noble Lane West Linn, OR 97068 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 3,940.01 | | 3,940.01 |
| Account No. | | | | | Current employee | | | | | | |
| Bridget McGovern 386 11th Street, Apt. 2 Brooklyn, NY 11215 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 2,722.66 | | 2,722.66 |
| Account No. | | | | | Current employee | | | | | | |
| Daniel McNamara 780 Greenwich Street, Apt. 4R New York, NY 10014 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 2,319.22 | | 2,319.22 |
| Account No. | | | | | Current employee | | | | | | |
| Maria Nazarro 31 Woodridge Drive South Stamford, CT 06902-8301 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 2,240.00 | | 2,240.00 |
| Account No. | | | | | Sales Commission | | | | | | |
| Norm Pitt-Third Rail Marketing ATTN: Norman Pitt 2236 New Hope Church Road Monroe, GA 30655 | - | | | | | | | | | Unknown | |
| | | | | | | | | | Unknown | | 0.00 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | | 0.00 | |
| (Total of this page) | 11,221.89 | | 11,221.89 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **SIGG Switzerland (USA), Inc.**                                              ,     Case No.    **11-51024**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Current employee** | | | | | |
| **Shane Sheldon** **38 Eechcroft, Apt. 3** **Brighton, MA 02135** | - | | | | | | | 0.00 |
| | | | | | | | 2,240.77 | 2,240.77 |
| Account No. | | | **Severance and bonus** | | | | | |
| **Amy Wilmot** **26 Nutmeg Lane** **Stamford, CT 06905** | - | | | | | | | 0.00 |
| | | | | | | | 4,110.35 | 4,110.35 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **4**   of  **6**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 | |
|---|---|
| 6,351.12 | 6,351.12 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **SIGG Switzerland (USA), Inc.**              ,    Case No.    **11-51024**

                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **California Bd of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-7072** | - | | State Sales and Use Tax<br>2nd QTR 2011 | | | | **2,000.00** | 0.00 <br><br> **2,000.00** |
| Account No. <br><br> **Connecticut Dep't Revenue Svc.<br>25 Sigourney St. Suite 2<br>Hartford, CT 06106** | - | | State Sales and Use Tax<br>2nd QTR 2011 | | | | **300.00** | 0.00 <br><br> **300.00** |
| Account No. <br><br> **Michigan Dep't of Treasury<br>Collection Division<br>P.O. Box 30199<br>Lansing, MI 48909-7699** | - | | State Withholding Tax/Penalty/Interest | | | | **947.41** | 0.00 <br><br> **947.41** |
| Account No. <br><br> **Michigan Tax Office<br>UIA<br>3024 W Grand Boulevard #11-500<br>Detroit, MI 48202** | - | | Unemployment Insurance | | | | **224.24** | 0.00 <br><br> **224.24** |
| Account No. <br><br> **New Jersey Div. of Taxation<br>50 Barrack Street<br>Trenton, NJ 08695-0281** | - | | State Sales and Use Tax<br>2nd QTR 2011 | | | | **300.00** | 0.00 <br><br> **300.00** |

Sheet **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **3,771.65**      0.00    **3,771.65**

B6E (Official Form 6E) (4/10) - Cont.

In re **SIGG Switzerland (USA), Inc.** ,                    Case No. **11-51024**
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Washington State Department P.O. Box 34052 Seattle, WA 98124-1052** | - | | | | **State Business & Occupation and Sales Tax, April ($411.15) and May ($400) 2011** | | | | | 0.00 |
| | | | | | | | | | **811.15** | **811.15** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet **6** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 811.15 | 811.15 |
| Total | | 0.00 |
| (Report on Summary of Schedules) | 51,976.77 | 51,976.77 |

B6F (Official Form 6F) (12/07)

In re    **SIGG Switzerland (USA), Inc.**                                     Case No. __**11-51024**__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Trade debt** | | | | |
| **All Baby & Child Inc.** **ATTN:  Larry Schur, President** **12302 Hart Ranch** **San Antonio, TX 78249** | - | | | | | | 0.00 |
| Account No. | | | **Trade debt** | | | | |
| **Avery Dennison** **15178 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | 69.63 |
| Account No. | | | **Bottle refund claim** | | | | |
| **Caitlin Wilson Birch** **c/o Doris A. Kim, Esq.** **Franklin Gray & White** **505 W. Ormsby Avenue** **Louisville, KY 40202** | - | | | | | X | 25.00 |
| Account No. | | | **Bottle refund claim** | | | | |
| **Jared Brandt** **c/o Michael A. Caddell, Esq.** **Caddell & Chapman** **1331 Lamar St. Suite 1070** **Houston, TX 77010** | - | | | | | X | 25.00 |
| __13__  continuation sheets attached | | | | | Subtotal (Total of this page) | | 119.63 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **SIGG Switzerland (USA), Inc.**                                    ,     Case No.     **11-51024**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Trade Debt** | | | | |
| **Bronto Software, Inc.** **ATTN:  Leslie Hanford** **324 Blackwell Street, #410** **Durham, NC 27701** | - | | | | | | | **2,280.00** |
| Account No. | | | | **Bottle refund claim** | | | | |
| **Laure Brost** **c/o Edward M. Gergosian, Esq.** **Gergosian & Gralewski LLP** **750 B Street Suite 1250** **San Diego, CA 92101** | - | | | | | | X | **25.00** |
| Account No. | | | | **Trade debt** | | | | |
| **Cablevision of Connecticut** **P.O. Box 9256** **Chelsea, MA 02150-9256** | - | | | | | | | **0.00** |
| Account No. | | | | **Trade debt** | | | | |
| **Cast Iron Coding, Inc.** **ATTN: Daniel Lucas** **107 SE Washington, Suite 210** **Portland, OR 97214** | - | | | | | | | **104.40** |
| Account No. | | | | **Trade debt** | | | | |
| **Cohn & Wolfe** **ATTN: Jim Martinez, Sr. VP** **233 N. Michigan Ave. Floor 16** **Chicago, IL 60610** | - | | | | | | X | **10,855.00** |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **13,264.40**

B6F (Official Form 6F) (12/07) - Cont.

In re __**SIGG Switzerland (USA), Inc.**_____, Case No. ___**11-51024**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Cummings & Lockwood LLC**<br>**ATTN: Steven Frenkel**<br>**Six Landmark Square**<br>**Stamford, CT 06901** | - | | | **Legal Services** | | | | 6,854.53 |
| Account No.<br><br>**East Coast Business Systems**<br>**ATTN: Charlie Weill**<br>**333 Old Tarrywon Road, Bldg #3**<br>**White Plains, NY 10603** | - | | | **Trade debt** | | | | 12,654.37 |
| Account No.<br><br>**EDI Service Bureau Inc.**<br>**ATTN: Vivian Yang**<br>**PMB 147**<br>**9921 Carmel Mountain Road**<br>**San Diego, CA 92129** | - | | | **Trade debt** | | | | 432.50 |
| Account No.<br><br>**Edifice Information Management**<br>**ATTN: Kayla Meyer**<br>**107 Riverdale Road**<br>**Riverdale, NJ 07457** | - | | | **Trade debt** | | | | 277.00 |
| Account No.<br><br>**Ernst & Young, LLP**<br>**ATTN: Brandon Ontjes**<br>**P.O. Box 640382**<br>**Pittsburgh, PA 15264-0382** | - | | | **Accounting Services** | | | | 12,000.00 |

Sheet no. _**2**_ of _**13**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **32,218.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SIGG Switzerland (USA), Inc.** _____,   Case No. _____**11-51024**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Trade debt** | | | | |
| **FedEx**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-7461** | - | | | | | | 1,198.19 |
| Account No. | | | **Trade debt** | | | | |
| **FedEx Office**<br>**Customer Administrative**<br>**P.O. Box 672085**<br>**Dallas, TX 75267-2085** | - | | | | | | 412.97 |
| Account No. | | | **Trade debt** | | | | |
| **Flow Consulting**<br>**ATTN:  Reese Bourgeois**<br>**10340 SE 138th Place Road**<br>**Summerfield, FL 34491** | - | | | | | | 74,144.32 |
| Account No. | | | **Trade debt** | | | | |
| **FlyBy Nightengale Inc.**<br>**ATTN:  Poli Nightingale**<br>**528 Route 4 West**<br>**Woodstock, VT 05091** | - | | | | | | 8,000.00 |
| Account No. | | | **Bottle refund claim** | | | | |
| **Fawn Fredrickson**<br>**c/o Angel Adams, Esq.**<br>**Shipman and Wright**<br>**575 Military Cutoff Rd #106**<br>**Wilmington, NC 28405** | - | | | | | | 25.00 |

Sheet no. __**3**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**83,780.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SIGG Switzerland (USA), Inc.**                                                                    ,     Case No. ___**11-51024**___
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **goodsteve LLC** **ATTN:  Steve Garbett** **1384 Stone Creek Lane, #307** **Charlottesville, VA 22902** | - | | | | | | | | **37,200.00** |
| Account No. | | | | | Trade debt | | | | |
| **Google Inc.** **ATTN:  Jonathan Muglie** **Department 33654** **P.O. Box 3900C** **San Francisco, CA 94117-1080** | - | | | | | | | | **10,964.13** |
| Account No. | | | | | Trade debt | | | | |
| **Green For All** **ATTN:  Mary Creasman** **1611 Telegraph Avenue, #600** **Oakland, CA 94612** | - | | | | | | | | **1,605.10** |
| Account No. | | | | | Trade debt | | | | |
| **Hill & Partners, Incorporated** **ATTN:  Matthew Johnson** **124 Old Colony Avenue** **Quincy, MA 02170** | - | | | | | | | | **165,682.00** |
| Account No. | | | | | Trade debt | | | | |
| **Interstate Limousine** **ATTN:  Jose M. Caicedo** **P.O. Box 4944** **Greenwich, CT 06830** | - | | | | | | | | **1,653.00** |

Sheet no. __**4**__ of __**13**__ sheets attached to Schedule of                                    Subtotal          | **217,104.23**
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **SIGG Switzerland (USA), Inc.** ,    Case No.    **11-51024**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Bottle refund claim** | | | | |
| **Allison Johnson** **c/o Michael A. Caddell, Esq.** **Caddell & Chapman** **1331 Lamar Street, #1070** **Houston, TX 77010** | - | | | | | | X | 25.00 |
| Account No. | | | | **Legal services** | | | | |
| **Jones Day** **ATTN:  Rachel L. Rawson** **901 Lakeside Avenue** **Cleveland, OH 44114** | - | | | | | | | 10,493.75 |
| Account No. | | | | **Trade debt** | | | | |
| **Jornik Manufacturing Corp.** **ATTN:  Peter Herz** **652 Glenbrook Road, Bldg 8-2** **Stamford, CT 06905** | - | | | | | | | 35,014.72 |
| Account No. | | | | **Bottle refund claim** | | | | |
| **Penny Keane** **c/o Angel Adams, Esq.** **Shipman and Wright** **575 Military Cutoff Rd #106** **Wilmington, NC 28405** | - | | | | | | X | 25.00 |
| Account No. | | | | **Bottle refund claim** | | | | |
| **Andrea Koepke** **c/o Michael A. Caddell, Esq.** **Caddell & Chapman** **1331 Lamar Street, Suite 1070** **Houston, TX 77010** | - | | | | | | X | 25.00 |

Sheet no. **5** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **45,583.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SIGG Switzerland (USA), Inc.**_____,    Case No. ____**11-51024**_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Landlord | | | | |
| **LAL Office Centers ATTN: Geraldine Nusbaum 1177 High Ridge Road Stamford, CT 06905** | - | | | | | | 18,187.64 |
| Account No. | | | Legal Services | | | | |
| **Law Office Karen W. Myers LLC ATTN: Karen Myers 191 Post Road West Westport, CT 06880** | - | | | | | | 6,581.25 |
| Account No. | | | Trade debt | | | | |
| **Leisure Trends Group, Inc. ATTN: Julia Clark Day 1680 38th Street, Suite 11C Boulder, CO 80301** | - | | | | | | 5,000.00 |
| Account No. | | | Bottle refund claim | | | | |
| **Joe Lopez c/o Jennifer M. Stinnett, Esq. Fultz, Maddox, Hovious Dickens 101 South Fifth Street Louisville, KY 40202** | - | | | | | X | 25.00 |
| Account No. | | | Trade debt | | | | |
| **Marsh USA Inc. ATTN: Jose Reyna Department #9728 Los Angeles, CA 90084** | - | | | | | | 53.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,846.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **SIGG Switzerland (USA), Inc.**                        ,    Case No. ___**11-51024**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bottle refund claim | | | | |
| **Stephanie Matz c/o Garrett Blanchfield, Esq. 332 Minnesota St. #E-1250 Saint Paul, MN 55101** | - | | | | | X | 25.00 |
| Account No. | | | Bottle refund claim | | | | |
| **Sarah H. McKinnie c/o Doris A. Kim, Esq. Franklin Gray & White 505 W. Ormsby Ave. Louisville, KY 40202** | - | | | | | X | 25.00 |
| Account No. | | | Trade debt | | | | |
| **Meltwater News US, Inc. ATTN: Michelle Hannah 800 W El Camino Real, Suite 26 Mountain View, CA 94040** | - | | | | | | 5,000.00 |
| Account No. | | | Bottle refund claim | | | | |
| **Chorben Miller c/o Doris A. Kim, Esq. Franklin Gray & White 505 W. Ormsby Avenue Louisville, KY 40202** | - | | | | | X | 25.00 |
| Account No. | | | Trade debt | | | | |
| **Mountain Valley Spring Water ATTN: Stephen Murray P.O. Box 6725 Hamden, CT 06517** | - | | | | | | 63.20 |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,138.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SIGG Switzerland (USA), Inc.**                              ,   Case No.   **11-51024**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bottle refund claim | | | | |
| **Irene Nexica c/o Allison Stacy Elgart, Esq. Lieff, Cabraser, Heimann 275 Battery Street, 29th Floor San Francisco, CA 94111** | - | | | | | X | 25.00 |
| Account No. | | | Bottle refund claim | | | | |
| **Kim Norts c/o Allison Stacy Elgart, Esq. Lieff, Cabraser, Heimann 275 Battery Street, 29th Floor San Francisco, CA 94111** | - | | | | | X | 25.00 |
| Account No. | | | Trade debt | | | | |
| **Ogletree, Deakins, Nash, Smoak ATTN: Joel Daniel P.O. Box 89 Columbia, SC 29202** | - | | | | | | 3,111.40 |
| Account No. | | | Bottle refund claim | | | | |
| **Tia Onstine c/o Jennifer M. Stinnett, Esq. Fultz, Maddox Hovious 101 South Fifth Street Louisville, KY 40202** | - | | | | | X | 25.00 |
| Account No. | | | | | | | |
| **Outdoor Retail Summer P.O. Box 88940 Chicago, IL 60695-1940** | - | | | | | | 2,655.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,841.40**

B6F (Official Form 6F) (12/07) - Cont.

In re __**SIGG Switzerland (USA), Inc.**_____,    Case No. ____**11-51024**_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Paul D. Ehrlich, C.P.A. ATTN: Paul D. Ehrlich 30 Oak Street Stamford, CT 06905 | - | | | | | | | 6,955.00 |
| Account No. | | | | Trade debt | | | | |
| Paul Frank Industries, Inc. Saban Brands, LLC ATTN: Nina Leong 10100 Santa Monica Blvd. #600 Los Angeles, CA 90067 | - | | | | | | | 1,170.00 |
| Account No. | | | | Trade debt | | | | |
| Pitney Bowes Global Financial P.O. Box 371887 Pittsburgh, PA 15250 | - | | | | | | | 429.70 |
| Account No. | | | | Trade debt | | | | |
| Pitney Bowes Purchase Power P.O. Box 856042 Louisville, KY 40285 | - | | | | | | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| Plexeon Logistics Inc. ATTN: Lance Rosen 1177 High Ridge Road Stamford, CT 06905 | - | | | | | | | 2,612.50 |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **11,667.20**

B6F (Official Form 6F) (12/07) - Cont.

In re     **SIGG Switzerland (USA), Inc.**                                    Case No.     **11-51024**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Trade debt** | | | | |
| **Postmaster** **421 Atlantic Street** **Stamford, CT 06904-9998** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Services** | | | | |
| **Reverb** **ATTN: Elliott May** **386 Fore Street, #202** **Portland, ME 04101** | | - | | | | | | |
| | | | | | | | | **19,250.00** |
| Account No. | | | | **Severance** | | | | |
| **Robert Rheume** **65 South Knoll** **Mill Valley, CA 94941** | | - | | | | | X | |
| | | | | | | | | **100,000.00** |
| Account No. | | | | **Trade debt** | | | | |
| **Schenker Inc.** **ATTN: Sandra Maloney** **150 Albany Avenue** **Freeport, NY 11520** | | - | | | | | | |
| | | | | | | | | **2,328.34** |
| Account No. | | | | **Services** | | | | |
| **SIGG Canada Products, Inc.** **2810 Mathesan Blvd. 2nd Floor** **Mississanga, ON L4W 4X7** | | - | | | | | | |
| | | | | | | | | **119,190.35** |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**240,768.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SIGG Switzerland (USA), Inc.** ,   Case No. ___**11-51024**___
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Product | | | | |
| SIGG Switzerland AG<br>Walzmvhlestrasse 62<br>8501 Frauenfeld, Switzerland | | | | | | | | 7,404,277.89 |
| Account No. | | - | | Loan | | | | |
| SIGG Switzerland AG<br>Walzmvhlestrasse 62<br>8501 Frauenfeld, Switzerland | | | | | | | | 1,888,600.00 |
| Account No. | | - | | Legal Services | | | | |
| Skadden, Arps, Slate, Meagher<br>ATTN:  John Beisner<br>1440 New York Ave. NW<br>Washington, DC 20005-2111 | | | | | | | | 325,000.00 |
| Account No. | | - | | Trade debt | | | | |
| SPRINT<br>P.O. Box 219100<br>Kansas City, MO 64121-9100 | | | | | | | | 126.88 |
| Account No. | | - | | Legal Services | | | | |
| Stites & Harbison PLLC<br>ATTN:  Clark C. Johnson<br>400 West Market Street 1800<br>Louisville, KY 40202-3352 | | | | | | | | 8,279.38 |

Sheet no. _**11**_ of _**13**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,626,284.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SIGG Switzerland (USA), Inc.**                              , Case No. _____**11-51024**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **Bottle refund claim** | | | | |
| **Melissa Tantibanchachai c/o Michael A. Caddell, Esq. Caddell & Chapman 1331 Lamar Street, Suite 1070 Houston, TX 77010** | - | | | | | | | X | 25.00 |
| Account No. | | | | | **Trade credit** | | | | |
| **Target ATTN:  Cami Mueller 1000 Nicollet Mall Minneapolis, MN 55403** | - | | | | | | | | 265,000.00 |
| Account No. | | | | | **Severance** | | | | |
| **Steven Taylor 7166 Placita Ct. Grand Rapids, MI 49546** | - | | | | | | | X | 323,000.00 |
| Account No. | | | | | **Trade debt** | | | | |
| **Travelers Seabury & Smith Inc. P.O. Box 660317 Dallas, TX 75266-0317** | - | | | | | | | | 0.00 |
| Account No. | | | | | **Services** | | | | |
| **Truth Be Told, Inc. ATTN:  Amanda Schuon 183 Madison Avenue, Suite 1201 New York, NY 10016** | - | | | | | | | | 34,339.77 |

Sheet no. __**12**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    622,364.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **SIGG Switzerland (USA), Inc.** ,  Case No. __**11-51024**__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Uline 2200 S Lakeside Drive Waukegan, IL 60085 | - | | | | | | | 68.64 |
| Account No. | | | | Trade debt | | | | |
| UPS P.O. Box 7247-0244 Philadelphia, PA 19170-0001 | - | | | | | | | 218.99 |
| Account No. | | | | Trade debt | | | | |
| WB Mason Co., Inc. P.O. Box 981101 Boston, MA 02298-1101 | - | | | | | | | 1,441.47 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,729.10 |
| Total (Report on Summary of Schedules) | 10,935,711.01 |

B6G (Official Form 6G) (12/07)

.

In re   **SIGG Switzerland (USA), Inc.**             ,      Case No.   **11-51024**

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Adaptable Man, LLC**<br>**1883 20th Street**<br>**Ogden, UT 84401** | **Letter Agreement** |
| **CafePress.com, Inc.**<br>**Attention: Corporate Counsel**<br>**1850 Gateway Drive, Suite 300**<br>**San Mateo, CA 94404** | **Cross-promotion and Supply Agreement** |
| **Capacity LLC**<br>**1112 Corporate Road**<br>**North Brunswick, NJ 08902** | **Third Party Warehousing and Order Fulfillment Agreement** |
| **Hill & Partners, Inc.**<br>**ATTN:  Matthew Johnson**<br>**124 Old Colony Ave.**<br>**Quincy, MA 02170** | **2011 Custom Turnkey Rentals Proposal Agreement** |
| **LAL Office Centers, LLC**<br>**d/b/a ABC Office Centers**<br>**1177 High Ridge Road**<br>**Stamford, CT 06905** | **Non-residential Lease - debtor lessee for real property located at 1177 High Ridge Road, Stamford, Connecticut.** |
| **Paul Frank Industries, Inc.**<br>**Saban Brands, LLC**<br>**ATTN:  Nina Leong**<br>**10100 Santa Monica Blvd. #600**<br>**Los Angeles, CA 90067** | **Merchandise License Agreement** |
| **Reverb, Inc.**<br>**386 Fore Street, #202**<br>**Portland, ME 04101** | **Exclusive Sponsorship Agreement** |
| **SIGG Canada Products, Inc.**<br>**2810 Mathesan Blvd. 2nd Floor**<br>**Mississanga, ON L4W 4X7** | **Intercompany Services Agreement** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **SIGG Switzerland (USA), Inc.**                                              ,    Case No.    **11-51024**
                                          Debtor

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
### District of Connecticut

In re    **SIGG Switzerland (USA), Inc.**                                            Case No.    **11-51024**

Debtor(s)                    Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 27, 2011**                              Signature    **/s/ Rob Dewar**

**Rob Dewar**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.